**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE:<br>**ANTENETTE RENEA MURRAY**<br>Antenette R. Murray, Antenette Renea Simmons, Antenette Renea Alston<br><br>**DEBTOR** | **CASE NO. 20-01237-JW**<br>**CHAPTER 13** |

**MORTGAGE LOAN MODIFICATION/ LOSS MITIGATION REPORT**

Following efforts to negotiate loss mitigation/mortgage modification of the below described loan, the parties report that the debtor was evaluated but did not qualify for any loan modification options available.

Name of Mortgage Creditor: LNV Corporation

Property Address: 7897 Sabalridge Drive, North Charleston, SC 29418

This, the 24th day of February, 2021.

        */s/ Travis Menk*
        Travis Menk
        (Bar No. 10686)
        Attorney for Creditor
        BROCK & SCOTT, PLLC
        8757 Red Oak Blvd., Suite 150
        Charlotte, NC 28217
        Telephone: 704-369-0676
        Facsimile: 704-369-0760
        E-Mail: SCBKR@BrockandScott.com

19-05465

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE:<br>**ANTENETTE RENEA MURRAY**<br>**Antenette R. Murray, Antenette Renea Simmons, Antenette Renea Alston**<br><br>**DEBTOR** | CASE NO.  20-01237-JW<br>CHAPTER 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Mortgage Loan Modification/Loss Mitigation Report has been electronically served or mailed, postage prepaid on February 24, 2021 to the following:

Antenette Renea Murray
7897 Sabalridge Drive
North Charleston, SC 29418

Heather S. Bailey, Debtor's Attorney
Post Office Box 60821
North Charleston, SC 29419

James M. Wyman, Bankruptcy Trustee
Po Box 997
Mount Pleasant, SC 29465

US Trustee's Office, US Trustee
Strom Thurmond Federal Building 1835 Assembly St.
Suite 953
Columbia, SC 29201

                                                */s/ Travis Menk*
                                                Travis Menk
                                                (Bar No. 10686)
                                                Attorney for Creditor
                                                BROCK & SCOTT, PLLC
                                                8757 Red Oak Blvd., Suite 150
                                                Charlotte, NC 28217
                                                Telephone:  704-369-0676
                                                Facsimile:  704-369-0760
                                                E-Mail:  SCBKR@BrockandScott.com

19-05465