UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE: )
)  CASE NO: 20-01237-jw
Antenette Renea Murray )
7897 Sabalridge Drive )  CHAPTER 13
North Charleston, SC 29418 )
SSN xxx-xx-9332 )
            DEBTOR. )
)

## NOTICE OF CERTIFICATION OF PLAN COMPLETION AND REQUEST FOR DISCHARGE

To: The Trustee and to all creditors and parties in interest:

Antenette Renea Murray has filed papers with the court to request a discharge pursuant to 11 U.S.C. § 1328(a) in the above case.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the debtor a discharge or if you have any reason to believe that the provisions of 11 U.S.C. § 522(q)(1) apply to this debtor or that there is pending any proceeding in which the debtor may be found guilty of a felony of the kind described in 11 U.S.C. § 522(q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. § 522(q)(1)(B), or you want the court to consider your views on this Notice, then within fourteen (14) days of service of this notice, you or your attorney must:

File with the court a written response, return, or objection at: 1100 Laurel Street, Columbia, SC 29201

Responses, returns, or objections filed by an attorney must be electronically filed in ecf.scb.uscourts.gov.

If you mail your response, return, or objection to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

Robert R. Meredith Jr.
Elizabeth R. Heilig
Attorneys for Debtor
4000 Faber Place Drive, Ste. 120
North Charleston, SC 29405

Antenette Renea Murray
7897 Sabalridge Drive
North Charleston, SC 29418

Attend the hearing scheduled to be heard on November 18, 2021, at 10:00 a.m., at 145 King Street, Room 225, Charleston, South Carolina 29401.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the certification or this notice and may enter an order granting that relief.

Date of Service: 10/22/2021

Robert R. Meredith, Jr., DC ID #06152
rm@meredithlawfirm.com
Elizabeth R. Heilig, DC ID #10704
eheilig@meredithlawfirm.com
Attorneys for Debtor/Movant
Meredith Law Firm, LLC
4000 Faber Place Drive, Suite 120
North Charleston, SC 29405
843-529-9000 (p) / 843-529-9907 (f)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:                                    )
                                          )    CASE NO: 20-01237-jw
**Antenette Renea Murray**                )
**7897 Sabalridge Drive**                 )    CHAPTER 13
**North Charleston, SC 29418**            )
**SSN xxx-xx-9332**                       )
                                          )
                                          )
             DEBTOR.                      )
                                          )

## CERTIFICATION OF PLAN COMPLETION AND REQUEST FOR DISCHARGE

The above-captioned debtor certifies under penalty of perjury that the following are true and correct:

1) There has been no Court order that would deny the debtor the right to a discharge.
2) All payments due under the plan have been completed, including all payments required under 11 U.S.C § 1322(b)(5).
3) Pursuant to 11 U.S.C. § 1328(a), all amounts payable for domestic support obligations due on or before the date set forth below (including any amounts due before the filing of the bankruptcy petition to the extent provided for by the plan) have been paid to:

   Name:  N/A

   Address: _____

   The debtor's employer and address:

   Name:  MUSC Physicians

   Address: 1180 Sam Rittenberg Blvd., Suite 220, Charleston, SC 29407

   Claims that were not discharged pursuant to 11 U.S.C. § 523(a)(2) or (4): N/A.

   Debts that were reaffirmed under 11 U.S.C. § 524(c): N/A.

4) The provisions of 11 U.S.C. § 522(q)(1) are not applicable to this case under 11 U.S.C. § 1328(h) and there are no proceedings pending against the debtor of the kind described in 11 U.S.C § 522(q)(1)(A) or 11 U.S.C § 522(q)(1)(B).
5) The debtor has not received a discharge in a case filed under 7, 11, or 12 of this title during the 4-year period preceding the date of the order for relief under this chapter, or in a case filed under chapter 13 of this title during the 2-year period preceding the date of such order.
6) The debtor has either sought an exemption from or completed an instructional course concerning personal financial management described in 11 U.S.C. § 111 and has either previously filed Official Form 423 so certifying with the Court, or such certification and accompanying documents are being contemporaneously filed herewith.

The undersigned requests that a discharge be granted in accordance with 11 U.S.C. § 1328.

Date: 10/22/2021                         *[signature]*
                                         Antenette Renea Murray

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO: 20-01237-jw |
| Antenette Renea Murray ) | |
| 7897 Sabalridge Drive ) | CHAPTER 13 |
| North Charleston, SC 29418 ) | |
| SSN xxx-xx-9332 ) | |
| DEBTOR. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice, Certification of Plan Completion and Request for Discharge was duly served upon the parties named below either by depositing said papers in the United States Mail at Charleston, South Carolina or electronically through CM/ECF.

**ELECTRONICALLY**
James M. Wyman
Chapter 13 Trustee
PO Box 997
Mt. Pleasant, SC 29465-0997

US Trustee Region 4
1835 Assembly Street #953
Columbia, SC 29201-2448

**VIA US MAIL**
Antenette Murray
7897 Sabalridge Drive
North Charleston, SC 29418

Mariner Finance, LLC
Attn: Bankruptcy
8211 Town Center Drive
Nottingham MD 21236-0000

MGC Mortgage Inc.
1 Corporate Drive, Ste 360
Lake Zurich IL 60047-0000

Brock & Scott, PLLC
Westpark Center
3800 Fernandina Road, Ste. 110
Columbia, SC 29210

Park Recreation Development Master
c/o IMC Charleston, LLC
1703 Ashley River Road
Charleston SC 29407-0000

Date: 10/22/21

Kristen E. Buck, Legal Assistant to
Robert R. Meredith, Jr., DC ID #06152
rm@meredithlawfirm.com
Elizabeth R. Heilig, DC ID #10704
eheilig@meredithlawfirm.com
Attorneys for Debtor/Movant
Meredith Law Firm, LLC
4000 Faber Place Drive, Suite 120
North Charleston, SC 29405
843-529-9000 (p)
843-529-9907 (f)